**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JO ANN WILLIAMS** **PLAINTIFF**

**v.** **No. 3:26-cv-251-DPM**

**CITY OF OSCEOLA; JOE HARRIS, Mayor of Osceola, individually and/or in his official capacity; and DOES** **DEFENDANTS**

**ORDER**

**1.** Williams's application to proceed *in forma pauperis*, *Doc. 1*, is granted. She reports no assets and little income.

**2.** The Court must screen Williams's complaint. 28 U.S.C. § 1915(e)(2). She says a building on her property was demolished by the city of Osceola. *Doc. 2 at 1*. She has sued Osceola, the Mayor, and unnamed officials for violations of due process, equal protection, and for First Amendment retaliation. She includes some helpful background, but the complaint is mostly conclusory—bare bones statements. Williams says she received notice of a code violation. And she was working to address the violation. *Doc. 2 at 5*. But there are no details about what the notice said, what process she was deprived, and the timing of all the alleged conduct. The Court needs more information about this claim.

Williams says there may be evidence that Osceola treated her differently than similarly situated property owners. She also says the

city retaliated against her for protected speech or religious expression. *Doc. 2 at 3*. Williams used the property to support her missionary work. And she did challenge Osceola's decision to demolish the property. These allegations, however, don't state a plausible Equal Protection Clause or First Amendment retaliation claim.

**4.** Williams must file an amended complaint with more details about her due process claim by 18 October 2026. If she doesn't, the Court will dismiss her case without prejudice. LOCAL RULE 5.5(c)(2).

**5.** The Court directs the Clerk to mail Williams a blank § 1983 complaint form.

So Ordered.

D.P. Marshall Jr.
United States District Judge

21 September 2026